No. 1257.  FOSTER *v.* CALIFORNIA.  Ct. App. Cal., 5th App. Dist.  (Certiorari granted, 390 U. S. 994.)  Motion of petitioner for appointment of counsel granted.  It is ordered that *Kenneth L. Maddy, Esquire,* of Fresno, California, be, and he is hereby, appointed to serve as counsel for petitioner in this case.

No. 325.  WATTS ET AL. *v.* SEWARD SCHOOL BOARD ET AL. Sup. Ct. Alaska.  (Certiorari granted, 389 U. S. 818.) Motion of petitioners for leave to file supplemental memorandum, after argument, granted.  *George Kaufmann* on the motion.

No. 718, Misc., October Term, 1965.  WILLIAMSON ET AL. *v.* BLANKENSHIP, JUDGE, ET AL., 382 U. S. 923. Motion to recall and amend order denying certiorari denied.  MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion.

No. 1172.  GRUNENTHAL *v.* LONG ISLAND RAIL ROAD Co. ET AL.  C. A. 2d Cir.  Certiorari granted.  *Milford J. Meyer* and *Irving Younger* for petitioner.  *Hugh B. Cox* and *Paul F. McArdle* for respondent Long Island Rail Road Co.

No. 176, Misc.  GARDNER *v.* CALIFORNIA.  Super. Ct. Cal., County of San Luis Obispo.  Motion for leave to proceed *in forma pauperis* granted.  Certiorari granted and case transferred to appellate docket.  *Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Jack K. Weber,* Deputy Attorney General, for respondent.